As to the case mentioned from Salkield, it is anonymous and stands alone; we lay no weight upon it.

Let the attachment be set aside with costs.

## Seely *vs.* Shattuck.

ON *Certiorari.* Notice of the rule for the defendant to join in error in eight days, or that the plaintiff would be heard *ex parte*, had been served in April vacation, 1798, and it was now moved for affirmance.

*Per Curiam.* The Rule is gone; the plaintiff should have applied the term after service of the rule. He cannot lie by in this manner, and revive the cause at any distant period he may choose.

He must now take nothing by his motion.